UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA LUZ ROJAS-SAQUISILI,
                Plaintiff,

v.

THE UNITED STATES OF AMERICA,
                Defendant.
------------------------------------------------------------x

**ORDER**

17 CV 9303 (VB)

Following a non-jury trial conducted on November 12 to November 15, 2019, the Court issued its findings of fact and conclusions of law on the record today, pursuant to Fed. R. Civ. P. 52. For the reasons set forth on the record, the Court finds in favor of defendant.

The Clerk is instructed to enter judgment in defendant's favor on plaintiff's Federal Tort Claims Act claim and close this case.

Dated: December 12, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge