UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA LUZ ROJAS-SAQUISILI,
                      Plaintiff,

        -against-

THE UNITED STATES OF AMERICA,
                      Defendant.
-------------------------------------------------------------X

17 CIVIL 9303 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the court's Order dated December 12, 2019, following a non-jury trial conducted on November 12 to November 15, 2019, the Court issued its findings of fact and conclusions of law on the record today, pursuant to Fed. R. Civ. P. 52; the Court finds in favor of defendant; Judgment is entered in defendant's favor on plaintiff's Federal Tort Claims Act claim; accordingly, this case is closed.

**DATED:** New York, New York
            December 13, 2019

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court

                                        BY:
                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/13/2019